UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-cr-512 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | James E. Grimes Jr. |
| JOHN LUIS GUEVARA-ROSADO, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EDUARD GERENA | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**OPINION AND ORDER REGARDING DISQUALIFICATION**

On October 11, 2023, the Court held a scheduling conference on the record. At the hearing, the Court disclosed that in a separate case, transferred from the District of Puerto Rico and randomly assigned to the undersigned, Defendant John Guevara-Rosado faces a pending allegation of violating the terms of his supervised release. *United States v. Guevara-Rosado*, No. 1:22-cr-690 (N.D. Ohio). That allegation relates to the offenses charged in this case. In connection with the alleged violation, the Court held various proceedings as reflected on the docket in that case, but no adjudication of the alleged violation has yet occurred.

In this case, the Court set a deadline of October 18, 2023 for any party to seek disqualification based on the Court's handling of the alleged violation of Mr. Guevara-Rosado's supervised release. (Minutes, Oct. 11, 2023.) No party sought disqualification or otherwise raised concern about the undersigned proceeding in this

1

matter. Having fully disclosed the matter on the record, the Court accepts the parties' waiver of potential grounds for disqualification. 28 U.S.C. § 455(e).

Further, Section 455 "place[s] the obligation to identify" any reasons to disqualify "upon the judge himself." *Liteky v. United States*, 510 U.S. 540, 548 (1994). The Court has independently evaluated that self-executing command, *United States v. Story*, 716 F.2d 1088, 1091 (6th Cir. 1983), under the standards set by Section 455(b) and the canons of judicial conduct. 28 U.S.C. § 455; Code of Conduct for U.S. Judges, Canon 3(A)(2). Finding no impediment to presiding fairly and impartially over Defendant's alleged violation of the terms of his supervised release and this case, which involve the same alleged conduct, the undersigned has a "duty to sit." *Laird v. Tatum*, 409 U.S. 824, 837 (1972) (Mem. of Rehnquist, J.); *Garrett v. Ohio State Univ.*, 60 F.4th 359, 371 (6th Cir. 2023) (citation omitted). Accordingly, the undersigned declines to recuse and will preside over this case.

**SO ORDERED.**

Dated: October 20, 2023

                                                    J. Philip Calabrese
                                                    United States District Judge
                                                    Northern District of Ohio